IN THE COURT OF THE UNITED STATES OF AMERICA DISTRICT OF ILLINOIS EASTERN DIVISION

Petitioner pro se,

HERMAN L. NITZ JR.,

PLAINTIFF,

vs

GLEN ELLEN POLICE OFFICERS

TONY (doe) JEAN HARVEY OFFICER PERKINS

WHEATON POLICE OFFICERS John doe one and two and DETECTIVE TED DOE

OFFICERS OR DEPUTIES WESTER, C. ALLENDORF, AND KEENAN

DUPAGE COUNTY SHERIFF JOHN E ZARUBA and MARTY MANION,

ASSISTANT PROSECUTOR John doe

RECEIVED
JAN 15 2008
Jan 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO

JURY Demand Requested

$12,000.00

08CV334
JUDGE HIBBLER
MAGISTRATE JUDGE DENLOW

Complaint under the Civil Rights Act 42 U.S.C. § 1983

PLAINTIFF(S) I

A. Name: HERMAN L. NITZ JR.

B. List all aliases:

C. Prisoner I.D. # 42337

D. Place of present confinement: DUPAGE COUNTY JAIL

E. Address: 501 N. COUNTY FARM ROAD P.O. BOX 957 WHEATON, ILLINOIS 60189-0957

II. DEFENDANTS

A. Defendants Jean Harvey, Perkins, Tony.
B. Title Police Officers.
C. Place of Employment Glen Ellen Police Station

A. Defendants Ted Doe and John Does one and two.
B. Title Police Officers.
C. Place of Employment Wheaton Police Station.

A. Defendant Marty Manion
B. Title Grievance Officer
C. Place of Employment DuPage County Jail

A. Defendant Title John Doe Asst. States Attorney
B. Title Prosecutors Assistant
C. Placement of Employment DuPage County Jail.

A. Defendant John E Zaruba
B. Title DuPage County Sheriff
C. Place of Employment DuPage County Sheriffs Office

A. Defendant Deputy Webster
B. Title Deputy
C. Place of Employment DuPage County Jail

A. Defendant C. Allendorf, Keenan
B. Title Sheriffs Deputies
C. Place of Employment DuPage County Jail

A Defendant: Nurse Doctor Dentist Jane & John Doe's.

B Title: Dentist, Doctor & Nurse Jane Doe

C. Place of employment: Dupage County Jail

## III. Previous Law Suits

A. Name of case and docket number Nitz v. French 01-C-0229.

B. Approximate date of filing law suit: 6/28/07.

C. List all plaintiffs: myself only.

D. List all defendants: Correctional officer French only.

E. Court where law suit was filed; United States District Northern District only Illinois Eastern Division

F. Name of judge to whom case was assigned: Hibbler

G. My basic claim made was Deliberate indifference and invasion of privacy.

H. Disposition of case; settled out of court

I. Approximate date of disposition: 2003-04?

(Previous law suits continued)

A. Nitz v. Snyder et al.

B. Filed suit 2003-04

C. I was only plaintiff

D. I cant list defendants as I have forgotten but I believe title of case was Nitz v. Snyder.

3.

E. CASE WAS FILED IN CENTRAL DIST. OF ILLINOIS SPRINGFIELD DIVISION.

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: BAKER.

G. BASIC CLAIM MADE: FAILURE TO TREAT AND DIAGNOSE MY HEPATITIS C.

H. CASE WAS DISMISSED FOR WANT OF PROSECUTION

I. DATE OF DISPOSITION 2004-05?

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about 10/22/07 I was arrested by Wheaton police via a Glen Ellen and I.D.O.C. arrest warrant, Wheaton officers John Doe #1 and #2 threatend me with an iron baton, we were in an immodiate area which was covered in broken glass beer bottles, when I attempted to move to my right to avoid being forced to lay down in glass shards John doe Number #2 hit me in the ribs breaking at least one rib, I layed down in the glass and cut my right hand in three places thumb, fore finger and web of my palm, then I was handcuffed from behind and officer John doe #1 came around the corner and kneeled on my head breaking my right upper molar or wisdom tooth, my money 2 phones wallet etc were thrown all around me and I saw John doe No #1 put my $1 210.⁰⁰ into his pocket, Next. I was put in a squad car and driven to Wheaton police department and two detectives John does #3 and #4

sat me down for questioning, I imediately demanded counsel or to use a phone to contact my lawer Ashley Rose and to receive medical care for my ribs and hand I also asked to use the bathroom and food and water because I had not drank or eaten or slept for 2 days but John doe #3 first name "Ted" stated that since he got my ~~blood~~ blood on his hand and failed to tell him I had Hepatitis C he wasnt goine to give my jack shit. About 45 minutes later officer Perkins from Glen Ellan police department came to pick me up and bring me to Glen Ellan p.d. I was put in a dry cell for 2 hours with no toilet, food, water, phone call, or medical care for my tooth, rib, and cut hand. Next, officer Perkins came and brought me to an interview room where I met officer Harvey she began to question me about Recent Criminal Activity, I told her I didn't know anything and that I wanted an attorney to protect my rights but Harvey said if I wanted to work with her and cooperate she would help me out with Leinrency Person on Recognizance Bond probation (cont.)

5

Revised 9/2007

Drug Court, T.A.S.C., work release etc. I told Harvey I was innocent but could provide her with information about other illegal activities including names, phone numbers, of burglars, thieves, drug dealers, fraud and forgeries. I also told her that I knew where stolen property was being stored etc. Harvey said she could help me in exchange for what I could reveal for her. So I gave her a laundry list of reliable information which she said she was very happy with. Earlier she and Perkins gave me drugged coffee (2-cups) which she said had truth serum or sodium pentathol. She said I would have to tell the whole truth now, only there was nothing to tell her because I am innocent and would tell her if I could, but I didn't know anything at all. By this time I was very weak mentally and physically my mind and body were numb from all the stress and duress. Harvey explained that she was going to have another detective "Tony" come to see me at the jail in a few days because my parole officer put a no-bond warrant against me but Tony could have it lifted so I could receive a personal recognizance bond and go to work for police.

6

Tony did come to see me at the jail 3 times. The first time he came Tony told me he left some messages with the Assistant States Attorney office and left relevant details during that phone call. The second time Tony came to see me was to let me know he got the parole hold lifted after she spoke to my parole agent and his supervisors agreed to let us work together, Tony said he need to speak to my parole officer and Asst. prosecutor again too, to arrange a way for me to report my movements on a daily basis. Next, on the 2nd of November Tony came back to see me again and told me that based on information he received from the Asst. prosecutor that he had decided not to work with me. Tony said if I were to give him a written confession he would agree to help me again, but I again stated I was innocent! Tony got very upset and told me he was going to make my life a living hell. I told Tony that he should put aside any bad feelings and work together with me. Next, Tony pulled out an old petition I filed from Dixon Ste. J.J.O.C. Correctional Center.

Tony said Don Darby was his good friend and brother in arms and refused to believe Darby did any of the things I alleged he did in my petition of corum nobis relief from judgment "735 ILCS 5/1401".

7.

I allege that; Tony, Harvey, Perkins and the Asst. Dupage County Prosecutor have conspired to obstruct justice, deny due process and equal protection via class based animus, and deny me medical care for my tooth, rib and right hand and are punishing me out of spite because I have exercised my constitutional rights and in the United States Territory of Illinois took substantial steps in furtherance of a conspiracy where the defendants engaged in a tacit agreement also retaliated against me in the following manner:

Perkins, Harvey, and; Tony, acted in their official and individual capacities and under the color of state law used me to give information by drugging me with truth serum and promises of leniency threats of physical harm by drugging me and then after making arrests via information I provided them with placed those I snitched on in a pod consascent to my pod e.g. Steve Wieman was moved to 4-R-9 and Steve Wieman held paper to the window and told everyone that I snitched on him. I was also punched in my jaw knocking the rest of my tooth loose and exposing the nerve making it very hard to eat or drink from 11-9-07 to present

8.

I even told Tony he couldn't legally retaliate against me simply because I filed a petition in court, Tony said "watch me".

I was threatend with death and a beating by certain high ranking gang members and was warned by inmate Rosario housed at 4-T-08 Edens 4-T-14 Taglia 4-T-12 Ed Tunney and Brian Duran because all of these guys told me things about their cases and asked for help and advise on which lawyers to hire. Then because of Steve Wiseman exposing me to these guys as a snitch I was hallucinating from lack of sleep, food & duress, stress and peer pressure.

I began writing grievances against medical staff because two weeks went by with no treatment for me. Soon thereafter after I got punched by Taglia I sent grievances and medical requests to proper persons and mail box and medical request box etc to make sure my requests were being received but got no responses. I wrote a grievance against Deputy Weston for deliberate indifference because she saw the fight and did nothing to stop it, she just laughed. I asked her her name and she refused to tell me and stated your not going to get me in trouble over that stupid fight, she also told me she threw my requests in the garbage

9

because Westen would not give me her name I had to have Ceasar Hernandez in cell 4-T-07 get it for me, when I told Westen I got her name she said to me "you just woot, I'll get even, well she wasn't kidding. Next; Deputy C. Allendorf called my name for mail, it was legal mail from clerk and to public defenders office, Allendorf had opened it and was reading it! I said "thats legal mail and why are you reading my outgoing and incoming legal mail?" Allendorf said, "cause I can." when I asked for my mail he said he was going to keep my outgoing letter to public defenders office and gave me the letter from the clerk, I wrote another grievance. Then on 12/3/07 on 3-11pm shift Deputy Keenan had opened my legal mail from the federal clerk at 219 S. Dearborn street chicago, IL 60604 Keenan told me "you shouldn't have wrote grievances cause now your on everyones shit list nutz." Next; I tried to kill myself due to all the mistreatment and pain I was forced to endure for no legitimate reason for how I'm being treated as I did nothing wrong, so I was put on suicide/emotional watch because I complained about being denied medical watch and was being starved to death by friends and co-conspiritors of above defendants acts of deliberate indifference

10.

THE SHERIFF John E. ZARUBA and STATES ATTORNEY OF DUPAGE COUNTY STATE OF ILLINOIS, ARE SUED IN THEIR OFFICIAL and INDIVIDUAL CAPACITY AS THERE ARE UNWRITTEN POLICIES, PRACTICES and PROCEDURES which ARE BEING CONDONED BY THE SHERIFF OF DUPAGE COUNTY AS WELL AS WITH JOSEPH BIRKETT, and THOSE POLICIES ARE INFRINGING ON PLAINTIFFS CONSTITUTIONAL RIGHTS TO DUE PROCESS and EQUAL PROTECTION, AS HE SHOULD NOT BE TREATED WITH DELIBERATE INDIFFERENCE SIMPLY BECAUSE HE FILED COURT DOCUMENTS and GRIEVANCES OR JUST BECAUSE HE STILL IS TRYING TO OBTAIN RELIEF THROUGH VIA REMEDY and JUSTICE IN A COURT OF LAW.

PLAINTIFF ALSO ASSERTS FURTHERMORE THAT DUPAGE COUNTY JAIL GRIEVANCE OFFICER IS CONSPIRING WITH THE OTHER DEFENDANTS IN THIS CASE TO DENY ME OF MY RIGHT TO SEEK REMEDY and JUSTICE and SEEK HELP FROM GOVERNMENT FOR REDRESS OF GRIEVANCES and SEEKS TO HINDER, THWART and DELAY MEANINGFUL RELIEF HAS CREATED HARSH CONDITIONS OF CONFINEMENT AS PLAINTIFF IS ONLY ALLOWED OUT OF HIS CELL 1-R-2 WHEN TO SHOWER THEN THERE IS BLOOD & FECES ALL OVER WALLS AND FLOORS OF HIS CELL WHICH IS VERY UNSANITARY AND POSSIBLY DISEASED RIDDEN ESPECIALLY BECAUSE I WAS NOT ALLOWED TO TAKE A SHOWER ONCE DURING THE WHOLE TIME I WAS IN 1-R-2.

-11-

I allege that all defendants above have conspired to obstruct justice and retaliate and deny medical care because they intended to punish me for somethings I did not do, I further allege that defendants abused their authorities and without just cause or direct evidence took steps toward the commission of violating my state and federal rights against 42 USC 1985 (c) et al and §1983. I tried to explain myself as best I could through requests, inquiries, grievances and letters, but, I couldn't receive any answers or relief. I explained to Tony that he should do the right thing and do as promised and release me on an I-Bond so as to avoid a confrontation with any of the people I snitched on. I just found out for example that Steve Wiemann has a friend or relative that works for A.T.F. and that he has been corresponding with an A.T.F. officer and his brother John Wiemann & are trying to get at me because me and my brother Larry wrote statements against Steve & John Wiemann. I was told that because of information I originally gave to Tony and Hanney that they already made arrests and said ("good work!")

12.

I declare under penalty of perjury that pursuant to 28 USC § 1746 that "Tony doe" and Sgt. Jean Harvey made promises of leniency in exchange for information Harvey gave me her phone no.# (630) 469-1187 Harvey and Tony (630) 649-2375 they told me to call if I remembered anything. I further declare that because Tony failed to carry out his and Harvey's promise that I have been subjected to harsh conditions of confinement and denial of due process and equal protection of the laws, now I've got trusty's spitting in my food, people threatening me, and to live in filth, has caused me to be punched and to live in fear of being beaten or killed pursuant to whom made threats gang members, police, Steve & John wiseman etc. I had to go back on medication because I cant handle the pain and stress I've been forced to endure at the hands of those above named persons. I've asked for past week for cleaning supplies but cant get any of the deputies to give them to me. I asked Marty Marion to let me know what the status of my grievances are at presently he said no one really gives a shit anyway so now I come to ask the courts help because I dont have any other form of remedy by which to receive justice. Since C. Allendorf and Keenan opened read and kept my mail they have invaded my privacy and God only knows whom has read my privileged mail.

13.

14.

I declare under penalty of perjury pursuant to 28 USC 1746 that all statements are true and correct. That I submitted a civil rights complaint to be copied to jail chaplain Burt Ashland. The chaplain was told he could not make copies and he was told to tell me he had to have his own paper therefore it is impossible to make copies at all especially the amount of copies that need to be made. I was told by c/o Salsbury that I would not be getting my complaint back this is another example of the truth that a conspiracy to obstruct is occurring. Plaintiff asserts that defendant's are retaliating further because they do not want their illegal activities to be found out. An example of this is that an outgoing and incoming letter to public defender and this court to clerks office, plaintiff now has no way to fend for himself because his mail and papers to this court keep being stolen or read and thrown away.

Herman Nitz

hello my name is connie abel and I am writing you to let you know that herman nitz is inocent of the charges of theft and burglary. the reason i say this is because I am the one who stole the silver from the churh on main street in glen ellen from st. marks church. you see me edward mitchell and his girlfrind natalie took me to churches on that sunday and we stole the silver and two bibles and pencils pens and art supplies. when I got home that day herman asked me where I got that stuff well when I told him he got very upset and his brother said we should not have brought the stuff into his house. when that argument started ed and natalie left when herman told them to go, because he didnt want kenny involved since the stuff was brought into kenny's apartment, so herman gave the bibles two ed and aid go now !

so they left and gave me one of the bibles back when I wemt out to apologize, for heman getting upset at them. after a couple of hours herman came home to kenny's and said he put the silver back in the church then I went back to get it back so I stole the silver back again then I went back to ed's apartment and herman was there and I took natalie in the bathroom and I gave her the silver and we traded silver for crack heroin and weed, I told nat not to tell herman what I did and she said o.k. ed sold the silver to some guy and then we left. I am sorry for what I did and I want to admit the truth of it all, herman is innocent though I still have my bible and so does ed mitchell, they are hardcover life application bibles and I want to give them back as proof that herman is innocent. I might change my mind soon so please hurry to ed's and to my place.

ed and natalie are still in glen ellen off lorraine and roosevelt road and they drive a gree pontiac , I bounce around from between kenny nitz' apartment, P.A.D.S. off liberty st and john wiemann's apartment so just come get me before I chicken out.

I have also stolen lots of other stuff from 2005, 06 and 07. with the help of ed, john wiemann, steve wieman etc. I stole a fox fur coat from a church in the downtown area of wheaton during a sunday service, then in wheaton near president st. and st charles road I stole a black ford taurus an d left it near the prarie path in lombard. I stole another car in villa park from a polish ladies driveway and then I left that car a marron ford focus at the yorktown shopping center.

I also stole a computer from a church office in glen ellen off hill street

Ilove herman because he took me in off the street when no one else would. so I feel it is only right for me to tell the truth and get him out of trouble.

steve and john know herman is suppose to be on medication and so do I we all just took advantage of him because we wanted crack and other drugs. ed,natalie, me and john and steve have done alot of other crimes if you were to talk to herman he could tell you more details because I was to busy selling and doing drugs I forgot alot of those details. please let herman go cuz i'm one of the guilty ones not herman or kenny or larry.

John and steve wiemann have done alot of bad stuff such as fraud, burglaries, thefts bank robberies etc. I know this is true            connie abel .

# PRISONER INSTRUCTIONS FOR FILING
## A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983 (against state, county, or municipal defendants)
or
## A "BIVENS" ACTION, 28 U.S.C. § 1331
(against federal defendants)

**Complaint Form**

This packet includes a complaint form and one application to proceed *in forma pauperis* (as a poor person) with financial affidavit. Local Rule 81.1 of the Local Rules of this court requires prisoners in custody filing suit under 42 U.S.C. §1983 to use the court's form. This form is not something submitted with the complaint, it is the complaint. **All** questions on this form must be answered on the form. (You may attach additional sheets if necessary to complete your answer.) It is not permitted to answer a question "see attached" or "see attached complaint." Such complaints may be summarily dismissed without prejudice. If you should choose to draft your own complaint instead of using the court's form, you must still include the information asked for in the court's form.

To bring a lawsuit, you must file the original complaint for the court, one copy for the judge, and one copy for **each defendant** you name. For example, if you name two defendants, you must file the original complaint and three copies. The copies of your complaint may be either photocopied from the original or conformed copies of the original (that is, typed or handwritten word for word from the original). If you do not have access to a photocopier, you may request more copies of the complaint form from the Clerk of the Court so that you may make conformed copies. You should also keep a copy of the complaint for your own records. *In forma pauperis* status does not entitle you to free copies of court records or documents. Therefore, the Clerk of the Court must charge you if you need photocopies of your complaint or any other motion or document.

If your defendants are state, county, or municipal employees, you should file your case under 42 U.S.C. § 1983. If your defendants are employees of the United States Government, you should file your case under 28 U.S.C. § 1331, and you must file an **additional three copies** of the complaint. If neither statute applies, you should cite the applicable statute, if known.

Your complaint and all other documents must be legibly handwritten or typewritten on **one side of letter-sized (8½" x 11") paper and signed by all plaintiffs**. It is not necessary to swear to the complaint before a notary public. However, you are warned that any false statement of a material fact may subject you to dismissal of your case.

All questions must be answered concisely in the proper space on the forms. If you need additional space to answer a question, you may use additional blank pages. Your complaint should not contain legal arguments or citations. You are required only to state the facts. You must describe how each defendant is personally involved in the activities upon which your claim is based.

**Filing Fee**

The filing fee is $350. In addition, the United States Marshal may require you to pay the cost of serving the complaint on each of the defendants. If you are unable to pay the filing fee of $350 and service costs for this action, you must ask the court to allow you to proceed *in forma pauperis*. The Clerk has *in forma pauperis* applications.

The Prison Litigation Reform Act ("PLRA") has changed the process for proceeding *in forma pauperis*. **Even if you are granted leave to proceed *in forma pauperis*, you will be responsible for paying the full amount of the $350 fee for filing a complaint or the $455 fee for filing an appeal in installment payments.** The initial installment is 20 percent of the greater of (1) the average monthly deposits (including any state pay and gifts) to your inmate trust fund account or (2) the average monthly balance in your account for the six-month period immediately preceding the filing of your complaint or notice of appeal. The court will calculate the initial installment and inform the institution having custody of you to remit this amount.

(Continued Over)

After the first installment is paid, you will be required to make monthly payments of 20 percent of the preceding month's income credited to your account. You should not send these monthly payments yourself. The institution having custody of you will forward the payments from your account to the clerk of the court each time the amount in your account exceeds $10 until the filing fees are paid in full.

If you have no assets or other means to pay the **initial** installment, you will still be allowed to bring your action or appeal. However, you will be required to pay the entire filing fee in installments as described above as money becomes available in your account.

If a court issues a judgment against you that includes the payment of costs, you will be required to pay these costs and they will be collected in the same manner as your filing fee.

### *In Forma Pauperis* Application

To file your application to proceed *in forma pauperis*, you must complete, sign, and attest as true and correct under penalty of perjury the enclosed application and financial affidavit. You must have an authorized officer at the correctional institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. **You must also attach a certified copy showing all transactions in your inmate trust fund account from each institution where you resided for the six-month period immediately preceding the filing of your complaint.** If you have been in more than one institution during the past six months, you must attach trust fund accounts from each institution . If there is more than one plaintiff, then each plaintiff must complete a separate *in forma pauperis* application and attach a copy of his or her trust fund account. Each plaintiff must pay the full $350 filing fee.

### Other PLRA Provisions

You should be aware of several other provisions of the PLRA: **(1) "Three Strike" Provision.** If you file three cases or appeals that are dismissed as frivolous, malicious, or failing to state a claim, you will be barred from filing any more cases *in forma pauperis* unless you are in imminent danger of serious physical injury. Some common examples of dismissals that will count toward the three-strike limit include, but are not limited to, failure to name a suable and non-immune defendant; failure to allege facts that would indicate a violation of a **federal** right; dismissal of your action in response to a defendant's motion to dismiss for failure to state a claim upon which relief may be granted; dismissal of the case in the district court, or dismissal of an appeal as frivolous or not taken in good faith. **Note:** If the district court dismisses your case for one of these reasons, that will count as one strike. If you appeal the dismissal and the court of appeals dismisses your appeal, that may count as a second strike. **(2) Physical Injury.** The law now provides that a prisoner, while confined, may not file a federal claim seeking money damages for mental or emotional injury suffered while in custody without a prior showing of physical injury.

### U.S. Marshal's Forms and Summons

USM 285 forms will be sent **directly** from the Marshal's Office if needed, only after summons have been prepared and issued by the Clerk's office, pursuant to a court order. Therefore, you should **not** send USM 285 forms with the complaint. However, you must complete these forms if the Marshal sends them to you. You must complete a separate USM 285 form for each named defendant, giving the address where the U.S. Marshal can attempt to serve that defendant. No summons will be sent to you.

### Where to File

Your complaint should be filed in this district only if one or more of the named defendants resides within this district or if the events upon which you base your complaint took place in this district. The following Illinois Correctional Centers are located in the Northern District of Illinois: Stateville, Sheridan and Dixon. In addition there are a number of County Jails in the Northern District of Illinois. A complaint filed in this court against officials at other state prisons may be subject to dismissal or transfer to the proper district. When these forms are properly completed, mail them to Prisoner Correspondent, United States District Court, 219 S. Dearborn Street, Chicago IL 60604. Complaints concerning claims arising at the Dixon Correctional Center should be sent to the Clerk, United States District Court, 211 S. Court Street, Rockford, IL 61101. **Always keep the court informed of your address; failure to do so may result in dismissal of your case.**