Case 1:08-cv-00334   Document 2   Filed 01/15/2008   Page 1 of 1

PRISONER CASE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

KC **FILED**
JAN 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** HERMAN L. NITZ, JR.

**Defendant(s):** TONY DOE, etc., et al.

**County of Residence:** DUPAGE

**County of Residence:**

**Plaintiff's Address:**
Herman L. Nitz, Jr.
#42337
Dupage - DCJ
P.O. Box 957
Wheaton, IL   60187

**Defendant's Attorney:**

08CV334
JUDGE HIBBLER
MAGISTRATE JUDGE DENLOW

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** A. E. Woodham   **Date:** 01/15/2008

Hibbler
Denlow

03 C 3895