FILED

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

JAN 1 5 2008
Jan 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Herman Nitz_
Plaintiff

v.

_Glen Ellen Police Officers_
_Harvey, Perkins & Tony Doe_
Defendant(s)

08CV334
JUDGE HIBBLER
MAGISTRATE JUDGE DENLOW

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _Herman J. Nitz Jr_, declare that I am the ☒plaintiff ☐petitioner ☒movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. # _42337_    Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount:_____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: _N/A  1978_
      Monthly salary or wages: _?_
      Name and address of last employer: _?_

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages: _N/A_
      Name and address of employer: _N/A_
      _N/A_

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☐Yes    ☒No
      Amount_____ Received by_____

    b. ☐ Business, ☐ profession or ☐ other self-employment  N/A  ☐Yes  ☒No
Amount _____N/A_____ Received by _____N/A_____

    c. ☐ Rent payments, ☐ interest or ☐ dividends  N/A  ☐Yes  ☒No
Amount _____N/A_____ Received by _____N/A_____

    d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount _____N/A_____ Received by _____N/A_____  ☐Yes  ☒No

    e. ☐ Gifts or ☐ inheritances  N/A  ☐Yes  ☒No
Amount _____N/A_____ Received by _____N/A_____

    f. ☐ Any other sources (state source: _____N/A_____)  ☐Yes  ☒No
Amount _____N/A_____ Received by _____N/A_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? N/A  ☐Yes  ☒No  Total amount: _____N/A_____
In whose name held: _____N/A_____  Relationship to you: _____N/A_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
Property: _____N/A_____  Current Value: _____N/A_____
In whose name held: _____N/A_____  Relationship to you: _____N/A_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
Address of property: _____N/A_____
Type of property: _____N/A_____  Current value: _____N/A_____
In whose name held: _____N/A_____  Relationship to you: _____N/A_____
Amount of monthly mortgage or loan payments: _____N/A_____
Name of person making payments: _____N/A_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☐Yes  ☒No
Property: _____N/A_____
Current value: _____N/A_____
In whose name held: _____N/A_____  Relationship to you: _____N/A_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____N/A_____