UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 15 2008
Jan 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) HERMAN L. NITZ JR )
)
)
v. John )
WHEATON POLICE OFFICERS )
Defendant(s) ONE AND TWO )
et al )
)

Case Number:

**08CV334**
**JUDGE HIBBLER**
**MAGISTRATE JUDGE DENLOW**

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, HERMAN L. NITZ JR, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I MADE NUMEROUS PHONE CALLS TO VARIOUS ATTORNEYS TO GET COUNSEL BUT I AM BROKE AND I CANT AFFORD TO HIRE ANY LAWERS I ALSO WROTE SEVERAL ATTORNEY RECENTLY

3. In further support of my motion, I declare that (check appropriate box):

☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Herman S. Nitz Jr_
Movant's Signature

P.O. BOX 957
Street Address

WHEATON IL 60189-0957
City/State/Zip

Date: DECEMBER 2007

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| HIBBLER | 01-C-0229 |
| Case Title  NITZ V. CORRECTIONAL OFFICER FRENCH ||
| Appointed Attorney's Name  MEYER, ROWE & PLATT  MELISSA PASTRANA  MARK KADISH ||
| If case is still pending, please check box: ☐ ||

| Assigned Judge | Case Number |
|---|---|
|  |  |
| Case Title ||
| Appointed Attorney's Name ||
| If case is still pending, please check box: ☐ ||

| Assigned Judge | Case Number |
|---|---|
|  |  |
| Case Title ||
| Appointed Attorney's Name ||
| If case is still pending, please check box: ☐ ||

| Assigned Judge | Case Number |
|---|---|
|  |  |
| Case Title ||
| Appointed Attorney's Name ||
| If case is still pending, please check box: ☐ ||