IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ILLINOIS EASTERN DIVISION

**FILED**

JAN 1 5 2008 aew
Jan 15, 2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Herman L. Nitz Jr.,

    Pro se,   Plaintiff,

vs.

    Case No:

Glen Ellen Police Officer

et al          Defendants

08CV334
JUDGE HIBBLER
MAGISTRATE JUDGE DENLOW

NOTICE OF MOTION TO ADDRESS THE COURT

Now comes pro se plaintiff Herman Nitz ("Plaintiff") and submits his Civil Rights complaint and his notice of motion to address the court. In support plaintiff states as follows:

1. Plaintiff states that he attempted to mail a pro se civil rights complaint to the court and had asked Burt Ashland to make 15 conformed copies Mr. Ashland is Jail Chaplain.

2. On 12-12-2007 Chaplain Ashland was told he could not make copies per administrative order.

3. Plaintiff was later told his pro se complaint would not be returned to him because he should have went through Jail Law Library. Plaintiff was also told he had to have his own paper for photo copier, but plaintiff has no money let alone his own paper.

2.

PLAINTIFF HAD TO WRITE BY HAND A NEW COMPLAINT TO ADD NEW ALLEGATIONS THAT HE COULD NOT HAVE COPIES AND BECAUSE HE WAS ALSO TOLD HE WAS NOT GOING TO GET HIS ORIGINAL DRAFT OF COMPLAINT BACK. AS WELL AS FREE PAPER WASN'T GOING TO HAPPEN ACCORDING TO DEPUTY SALSBURY.

4. PLAINTIFF ALSO REQUESTS THAT COUNSEL BE APPOINTED BECAUSE HE IS NOW IN ADMINISTRATIVE SEGREGATION ON SUICIDE/EMOTION WATCH AND HAS NO WAY AT ALL TO DO WHAT HE HAS TO DO AND IS BEING LEFT WITHOUT A REMEDY. PLAINTIFF REQUESTS THE COURT TO MAKE AN EXCEPTION AND MAKE COPIES FOR HIM AND HE WILL PAY BACK WHAT HE OWES IN TIME, AND APPOINT COUNSEL

5. PLAINTIFF ALSO SENT HIS CERTIFICATE OF FUNDS ALONG WITH HIS COMPLAINT TO CHAPLAIN BURT ASHLAND SO HE DOES NOT HAVE IT TO SEND TO THE COURT AND HIS REQUESTS FOR A NEW ONE HAS BEEN DENIED ALSO. PLAINTIFF CONTENDS THAT DEFENDANTS ARE RETALIATING AGAINST HIM FOR FILING THE COMPLAINT AND AS STATED IN BODY OF COMPLAINT ARE ACTING IN FURTHERANCE OF A CONSPIRACY TO OBSTRUCT JUSTICE

Herman Nitz