

FILED
FEB 0 8 2008
FEB 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

#42337
HERMAN L. NITZ JR.
Plaintiff

v.

TONY DOE et al.
Defendant(s)

CASE NUMBER  08-C-0334
JUDGE William J. Hibbler

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, HERMAN L. NITZ JR., declare that I am the ☒plaintiff ☐petitioner ☐movant (other PLAINTIFF) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # 42337   Name of prison or jail: DUPAGE COUNTY JAIL
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: ∅

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: ∅
   Name and address of employer: ∅

   a. If the answer is "No":
      Date of last employment: 7-28-2007 Had Job 1 week.
      Monthly salary or wages: $1,200.00
      Name and address of last employer: John Wieman 108 N. Main St. #A Wheaton, IL 60187

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: ∅
      Name and address of employer: ∅  N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount ∅   Received by N/A

    b.     ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes     ☒No
Amount ____∅____ Received by ____N/A____

    c.     ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☒No
Amount ____∅____ Received by ____N/A____

    d.     ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                                                                                                                           ☐Yes     ☒No
Amount ____∅____ Received by ____N/A____

    e.     ☐ Gifts or ☐ inheritances     ☐Yes     ☒No
Amount ____∅____ Received by ____N/A____

    f.     ☐Any other sources (state source: ____N/A____ )     ☐Yes     ☒No
Amount ____∅____ Received by ____N/A____

4.     Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?     ☐Yes     ☒No     Total amount: ____∅____
In whose name held: ____N/A____ Relationship to you: ____N/A____

5.     Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?     ☐Yes     ☒No
Property: ____N/A____ Current Value: ____N/A____
In whose name held: ____N/A____ Relationship to you: ____N/A____

6.     Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐Yes     ☒No
Address of property: ____N/A____
Type of property: ____N/A____ Current value: ____∅____
In whose name held: ____N/A____ Relationship to you: ____N/A____
Amount of monthly mortgage or loan payments: ____∅____
Name of person making payments: ____N/A____

7.     Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                                                                                            ☐Yes     ☒No
Property: ____N/A____
Current value: ____∅____
In whose name held: ____N/A____ Relationship to you: _____

8.     List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

____N/A____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _1-28-2008_　　　　　　　　　　　　　　_Herman S. Nitz Jr._
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Applicant

　　　　　　　　　　　　　　　　　　　　_HERMAN L. NITZ JR. #42337_
　　　　　　　　　　　　　　　　　　　　　　　　　(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Nitz, Herman__, I.D.# __00042337__, has the sum of $__20.12__ on account to his/her credit at (name of institution) __DuPage County Jail__. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $__15.00__.
(Add all deposits from all sources and then divide by number of months).

__1-29-08__　　　　　　　　　　　　_Colleen J. Zbilski_
DATE　　　　　　　　　　　　　　SIGNATURE OF AUTHORIZED OFFICER

　　　　　　　　　　　　　　　　　__Colleen T. Zbilski__
　　　　　　　　　　　　　　　　　　　(Print name)

rev. 10/10/2007

TO: BOOKKEEPER OR AUTHORIZED OFFICER

# DUPAGE COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

FORM:SO-00422
REVISED:02/08

PRINT NAME: HERMAN L. NITZ JR.
DATE: 1-28-08
DOCKET NUMBER: 42337
HOUSING LOCATION: D/L 1   POD U   CELL 04

**CHECK ONLY ONE ITEM PER SLIP**

### LEGAL
- [ ] PUBLIC DEFENDER
- [ ] PROBATION
- CASE # _____
- COURT ROOM # _____

### ADMINISTRATIVE SERVICES
- [ ] SEE WATCH SUPERVISOR
- [ ] LAW LIBRARY
- [ ] OUTDATE/WARRANT CHECK
- [ ] HAIRCUT
- [ ] LETTER OF INCARCERATION REQUEST
- [ ] GRIEVANCE
- [x] COMMISSARY AUDIT
- [ ] TRUSTY WORK REQUEST
- [x] OTHER: SEE ATTACHED COURT ORDER

(handwritten: 1U4)

### JUST of DUPAGE SOCIAL/EDUCATIONAL SERVICES
- [ ] ALCOHOLICS ANONYMOUS
- [ ] NARCOTICS ANONYMOUS
- [ ] ADDICTION EDUCATION/12 STEP
- [ ] AL-ANON (FEMALE ONLY)
- [ ] SUBSTANCE ABUSE COUNSELING
- [ ] DOCE PASOS DE VICTORIA
- [ ] ONE ON ONE COUNSELING
- [ ] RELAPSE PREVENTION/HEALING ADDICTIONS
- [ ] "TO COURT" LETTER (REQUEST OF ACTIVITIES ATTENDED)
- [ ] JOB READINESS
- [ ] GED
- [ ] BASIC COMPUTER TRAINING
- [ ] ANGER MANAGEMENT
- [ ] BOOK CLUB (FEMALE ONLY)
- [ ] PARENTING (FEMALE ONLY)
- [ ] TELEPHONE REQUEST

### JUST of DUPAGE RELIGIOUS SERVICES
- [ ] CATHOLIC WORSHIP
- [ ] MUSLIM WORSHIP
- [ ] CHRISTIAN WORSHIP/BIBLE STUDY
- [ ] CHAPLAIN, JUST of DUPAGE
- [ ] SCRIPTURE REQUEST (TYPE) _____
- [ ] ESTUDIO DE LA BIBLIA EN ESPANOL
- [ ] BIBLE STUDY CORRESPONDENCE COURSE

### JAIL CHAPLAIN SERVICES
- [ ] DEACON ANDREW, CHAPLAIN
- [ ] FATHER GREG, ASS'T. CHAPLAIN

### DUPAGE COUNTY HEALTH DEPARTMENT
- [ ] HEALTH EMPOWERMENT (FEMALES ONLY)
- [ ] OTHER _____

**DESCRIBE (Use Reverse Side If More Space Is Needed)**

PLEASE SEE ATTACHED APPLICATION TO PROCEED INFORMA PAUPERIS IN CASE NITZ v. TONY DOE, et al. #08-C-0334 AND PLEASE READ FEDERAL COURT ORDER. I NEED A COMPUTER PRINTOUT OF ALL MY ACCOUNT BALANCES BACK TO 10/22/07 I WAS NOT HERE IN JULY AS ORDER INDICATES, I ALSO NEED YOU TO VERIFY MY INFORMATION ON PROPER SECTION OF APPLICATION UNDER "CERTIFICATE" AND A SIGNATURE. THANK YOU AND GOD BLESS. Herman L. Nitz Jr.

# DUPAGE COUNTY SHERIFF
## Trust Accounting: Inmate Account Statement

January 29, 2008

Begin Date: 10/22/2007
End Date: 01/29/2008

Offender: NITZ, HERMAN LAWRENCE
ID: 00042337
SID: IL22241790
Housing: DPCJ, A BLDG, FIRST FLOOR, U-POD, 1-U-04

FBI ID: 761555X7
SSN: 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

### 110 CASH

| TransDate | Transaction | Amount | Balance | Check No | Payee | Comments |
|---|---|---|---|---|---|---|
| 10/22/2007 | STARTING BALANCE | | 0.00 | | | |
| 11/01/2007 | COMMISSARY | (0.01) | (0.01) | | | |
| 11/08/2007 | COMMISSARY | (0.01) | (0.02) | | | |
| 11/15/2007 | COMMISSARY | (0.01) | (0.03) | | | |
| 11/20/2007 | HAIRCUT | (10.00) | (10.03) | | | |
| 12/10/2007 | COMMISSARY | (0.01) | (10.04) | | | |
| 12/17/2007 | COMM/UNDERWEAR 3 | (8.40) | (18.44) | | | |
| 12/26/2007 | REV NEG BAL | 18.44 | 0.00 | | | |
| 12/26/2007 | TRAVELERS EXPRESS | 30.00 | 30.00 | | | |
| 12/26/2007 | COMMISSARY | (16.70) | 13.30 | | | |
| 01/02/2008 | COMMISSARY | (12.80) | 0.50 | | | |
| 01/07/2008 | COMMISSARY | (0.01) | 0.49 | | | |
| 01/07/2008 | ADDL PSTG/DIST COURT | (0.34) | 0.15 | | | |
| 01/14/2008 | COMMISSARY | (0.01) | 0.14 | | | |
| 01/22/2008 | COMMISSARY | (0.01) | 0.13 | | | |
| 01/23/2008 | MEDICAL/DR | (10.00) | (9.87) | | | |
| 01/28/2008 | COMMISSARY | (0.01) | (9.88) | | | |
| 01/29/2008 | VILLA PARK | 30.00 | 20.12 | | | |
| | Ending Balance | | 20.12 | | | |

Page 1 of 1