IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERMAN L. NITZ | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0334 |
| | ) | |
| v. | ) | Honorable William J. Hibbler |
| | ) | |
| JAMES CRAIG, K. SHANKS, CITY OF WHEATON, IL, UNKNOWN GLEN ELLYN DETECTIVE "TONY", CITY OF GLEN ELLYN, IL, DEPUTY WEBSTER, and UNKNOWN DUPAGE COUNTY JAIL DENTIST, | ) ) ) ) ) ) ) | <u>Jury Demand</u> |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE
<u>AMENDED COMPLAINT</u>**

Plaintiff, Herman L. Nitz, by his appointed attorney, E. Jason Tremblay of Arnstein & Lehr LLP, *of counsel*, pursuant to Federal Rule of Civil Procedure 6(b)(1), moves for an enlargement of time to file his Amended Complaint, and in support states as follows:

1.    On January 15, 2008, Plaintiff, who during the relevant time period has been incarcerated in the DuPage County jail, filed a *pro se* civil rights action pursuant to 42 U.S.C. §1983.

2.    On February 20, 2008, this Court dismissed Plaintiff's *pro se* complaint without prejudice and appointed E. Jason Tremblay to, among other things, file an amended complaint within sixty (60) days.  According to Mr. Tremblay's calculations, the 60-day time limit would expire on April 18, 2008.

3.	Immediately upon receiving the appointment, Mr. Tremblay began to research the substantive law, issued document subpoenas to various agencies and police departments and attempted to contact the Plaintiff, both by telephone and in writing.

4.	Unfortunately, through no fault of either Plaintiff or Mr. Tremblay, his numerous efforts to contact Plaintiff were unsuccessful for almost 4 weeks, or until March 21, 2008, when Mr. Tremblay was finally able to talk with Plaintiff on the telephone for approximately 15 minutes.

5.	Based on that conversation, as well as one short follow up telephone conversation a week later, Mr. Tremblay commenced drafting an amended complaint. However, the first time that Mr. Tremblay will be able to meet with Plaintiff, in person, to review the amended allegations in the complaint is April 16, 2008, two days before the amended complaint is due to be filed.

6.	Therefore, it will be very difficult to finalize the amended complaint prior to April 18, 2008, especially if other issues or additional facts need to be addressed based on Mr. Tremblay's anticipated meeting with Plaintiff on April 16, 2007.

7.	In light of the foregoing, Plaintiff requests an additional three (3) weeks, up through and including May 9, 2008, to file Plaintiff's amended complaint.

8.	At present, there are no imminent discovery deadlines or statute of limitation issues, as the relevant events occurred on or after October 22, 2007.

9.	This motion is not being brought for the purposes of delay.

WHEREFORE, Plaintiff, Herman L. Nitz, respectfully requests that this Court enter an order granting Plaintiff an enlargement of time to file his amended complaint, up and until May 9, 2008.

          HERMAN L. NITZ

          By: <u>s/E. Jason Tremblay</u>
          One of His Attorneys

Dated: April 4, 2008

E. Jason Tremblay (ARDC# 6273176)
Arnstein & Lehr LLP
Attorney for Plaintiff
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8074123_1