IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERMAN L. NITZ | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0334 |
| | ) | |
| v. | ) | Honorable William J. Hibbler |
| | ) | |
| JAMES CRAIG, K. SHANKS, CITY OF WHEATON, IL, UNKNOWN GLEN ELLYN DETECTIVE "TONY", CITY OF GLEN ELLYN, IL, DEPUTY WEBSTER, and UNKNOWN DUPAGE COUNTY JAIL DENTIST, | ) ) ) ) ) ) ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   [No Served Defendants at this Time]

**PLEASE TAKE NOTICE** that on **April 10, 2008, at 9:30am**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable William J. Hibbler, or any judge sitting in his stead, in the courtroom usually occupied by him, in **Room 1225** of the United States District Court of the Northern District of Illinois, and will then and there present Plaintiff's Motion for Enlargement of Time to File Amended Complaint, a copy of which has been electronically filed contemporaneous with this Notice.

Herman L. Nitz

By: E. Jason Tremblay
One of His Attorneys

E. Jason Tremblay (ARDC# 6273176)
Arnstein & Lehr LLP
Attorneys for Defendant
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100
8074437.1