# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 334 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Nitz vs. Doe, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for enlargement of time until 5/9/08 to file an amended complaint is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|