IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERMAN L. NITZ,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAMES CRAIG, K. SHANKS, CITY OF  )<br>WHEATON, IL, UNKNOWN GLEN ELLYN  )<br>POLICE DETECTIVE "TONY", DEPUTY  )<br>WESTER and UNKNOWN DUPAGE  )<br>COUNTY JAIL DENTIST,  )<br>  )<br>    Defendants.  ) | NO. 08 C 0334<br><br>Hon. William J. Hibbler<br><br>Jury Demand |

## ANSWER TO AMENDED COMPLAINT

Defendants City of Wheaton, James Craig and K. Shanks, by their attorneys Walsh, Knippen, Knight & Pollock, Chtd., submit the following answer to the Plaintiff's Amended Complaint.

### Jurisdiction

1. Defendants admit the allegations of paragraph 1 of the Amended Complaint.

### Venue

2. Defendants admit the allegations of paragraph 2 of the Amended Complaint.

### Parties

3. Defendants admit the allegations of paragraph 3 of the Amended Complaint.

4. Defendants admit the allegations of paragraph 4 of the Amended Complaint.

5. Defendants admit the allegations of paragraph 5 of the Amended Complaint.

6. Defendants admit the allegations of paragraph 6 of the Amended Complaint.

7. Defendants admit the allegations of paragraph 7 of the Amended Complaint.

8. Defendants admit the allegations of paragraph 8 of the Amended Complaint.

9. Defendants admit the allegations of paragraph 9 of the Amended Complaint.

## Factual Allegations

10. Defendants admit the allegations of paragraph 10 of the Amended Complaint.

11. Defendants deny the allegations of paragraph 11 of the Amended Complaint.

12. Defendants deny the allegations of paragraph 12 of the Amended Complaint.

13. Defendants deny the allegations of paragraph 13 of the Amended Complaint.

14. Defendants admit that the two males chasing the Plaintiff were police officers for the City of Wheaton, but deny the remainder of the allegations of paragraph 14 of the Complaint.

15. Defendants deny the allegations of paragraph 15 of the Amended Complaint.

16. Defendants deny the allegations of paragraph 16 of the Amended Complaint.

17. Defendants deny the allegations of paragraph 17 of the Amended Complaint.

18. Defendants deny the allegations of paragraph 18 of the Amended Complaint.

19. Defendants deny the allegations of paragraph 19 of the Amended Complaint.

20. Defendants deny the allegations of paragraph 20 of the Amended Complaint.

21. Defendants deny the allegations of paragraph 21 of the Amended Complaint.

22. Defendants deny the allegations of paragraph 22 of the Amended Complaint.

23. Defendants admit the allegations of paragraph 23 of the Amended Complaint.

24. Defendants deny the allegations of paragraph 24 of the Amended Complaint.

25. Defendants deny that the Plaintiff had any injuries, and are without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations of paragraph 25 of the Amended Complaint.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the Amended Complaint.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 of the Amended Complaint.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 of the Amended Complaint.

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29 of the Amended Complaint.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30 of the Amended Complaint.

31. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 of the Complaint.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 of the Amended Complaint.

33. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 of the Amended Complaint.

34. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34 of the Amended Complaint.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 of the Amended Complaint.

36. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36 of the Amended Complaint.

37. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37 of the Amended Complaint.

38. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38 of the Amended Complaint.

39. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39 of the Amended Complaint.

40. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40 of the Amended Complaint.

41. In response to Paragraph 46 of the Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-40 of this Answer.

## COUNT I

42. Defendants admit the allegations of paragraph 42 of the Amended Complaint.

43. Defendants deny the allegations of paragraph 43 of the Amended Complaint.

44. Defendants deny the allegations of paragraph 44 of the Amended Complaint.

45. Defendants deny the allegations of paragraph 45 of the Amended Complaint.

46. Defendants deny the allegations of paragraph 46 of the Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count I of the Amended Complaint and for costs.

## COUNT II

47. In response to paragraph 47 of the Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-46 of this Answer.

48. Defendants deny the allegations of paragraph 48 of the Amended Complaint.

49. Defendants deny the allegations of paragraph 49 of the Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count II of the Amended Complaint and for costs.

## COUNT III

50. In response to paragraph 50 of the Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-49 of this Answer.

51. Paragraph 51 of the Amended Complaint sets forth a proposition of law which requires no response. To the extent that any facts are alleged, they are denied.

52. Defendants deny the allegations of paragraph 52 of the Amended Complaint.

53. Defendants deny the allegations of paragraph 53 of the Amended Complaint.

54. Defendants deny the allegations of paragraph 54 of the Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count III of the Amended Complaint and for costs.

## COUNT IV

55. In response to paragraph 55 of the Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-54 of this Answer.

56. Defendants admit the allegations of paragraph 56 of the Amended Complaint.

57. Defendants deny the allegations of paragraph 57 of the Amended Complaint.

58. Defendants deny the allegations of paragraph 58 of the Amended Complaint.

59. Defendants deny the allegations of paragraph 59 of the Amended Complaint.

60. Defendants deny the allegations of paragraph 60 of the Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count IV of the Amended Complaint and for costs.

## COUNT V

61. In response to paragraph 61 of the Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-60 of this Answer.

62. Defendants deny the allegations of paragraph 62 of the Amended Complaint.

63. Defendants deny the allegations of paragraph 63 of the Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count V of the Amended Complaint and for costs.

## COUNT VI

64. In response to paragraph 64 of the Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-63 of this Answer.

65. Paragraph 65 of the Amended Complaint sets forth a proposition of law which requires no response.  To the extent that any facts are alleged, they are denied.

66. Defendants deny the allegations of paragraph 66 of the Amended Complaint.

67. Defendants deny the allegations of paragraph 67 of the Amended Complaint.

68. Defendants deny the allegations of paragraph 68 of the Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count VI of the Amended Complaint and for costs.

**COUNTS VII, VIII, AND IX**

Counts VII, VIII and IX of the Amended Complaint seek no relief against any of these Defendants and make no allegations of conduct by them. Therefore, may it please the Court, they make no answer to the paragraphs of the Amended Complaint contained in those Counts.

**AFFIRMATIVE DEFENSES**

**I. Qualified Immunity**

The Defendants hereby assert the affirmative defense of qualified immunity for the conduct of the police officers in apprehending and arresting the Plaintiff in this case which conduct did not violate clearly established statutory or constitutional rights of the Plaintiff of which a reasonable person would not have known.

**II. Municipal Immunity from Punitive Damages**

The Defendant City of Wheaton hereby asserts the affirmative defense of immunity from punitive damages for claims made by the Plaintiff in the Amended Complaint.

> Respectfully submitted,
>
> JAMES CRAIG, K. SHANKS, CITY OF WHEATON, Defendants
>
>
> By: /s/ Thomas L. Knight
>   Thomas L. Knight
>   One of Their Attorneys

ARDC No. 1491393
Thomas L. Knight
WALSH, KNIPPEN, KNIGHT & POLLOCK, CHTD.
2150 Manchester Road, Suite 200
Wheaton, Illinois  60187
630/462-1980

**Certificate of Service**

I certify that I served the Defendants' **Answer to Amended Complaint** on May 29, 2008 via electronic mail through the court's electronic transmission facilities on:

E. Jason Tremblay
Nicole A. Gross
Arnstein & Lehr, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606

/s/ Thomas L. Knight