**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HERMAN L. NITZ | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0334 |
| | ) | |
| v. | ) | Honorable William J. Hibbler |
| | ) | |
| JAMES CRAIG, K. SHANKS, CITY OF | ) | Jury Demand |
| WHEATON, IL, UNKNOWN GLEN ELLYN | ) | |
| DETECTIVE "TONY", CITY OF GLEN | ) | |
| ELLYN, IL, DEPUTY WEBSTER, and | ) | |
| UNKNOWN DUPAGE COUNTY JAIL | ) | |
| DENTIST, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

Plaintiff, Herman L. Nitz, by his attorneys, E. Jason Tremblay and Nicole A. Gross of Arnstein & Lehr LLP, *of counsel*, pursuant to Federal Rule of Civil Procedure 15(a), moves for leave to file his Second Amended Complaint, and in support hereof, states as follows:

1.     On January 15, 2008, Plaintiff, who during the relevant time period has been incarcerated in the DuPage County jail, filed a *pro se* civil rights action pursuant to 42 U.S.C. §1983.

2.     On February 20, 2008, this Court dismissed Plaintiff's *pro se* complaint without prejudice and appointed E. Jason Tremblay to, among other things, file an amended complaint within sixty (60) days.

3.     On April 29, 2008, after a brief extension of time, Plaintiff timely filed his Amended Complaint.

1

4.    After filing his Amended Complaint, Plaintiff and his counsel engaged in discovery to further identify the names of unidentified persons involved in subject incidents detailed in Plaintiff's Amended Complaint.

5.    Through diligent discovery, Plaintiff has been able to obtain the identity of two additional individuals involved in the relevant incidents.  Plaintiff therefore seeks leave of court to name such persons as additional defendants in a Second Amended Complaint, a copy of which is attached hereto as **Exhibit A**, and to issue the relevant summonses.

6.    This motion is not being brought for the purpose of delay, and would not prejudice the parties.

WHEREFORE, Plaintiff, Herman L. Nitz, respectfully requests that this Court enter an order granting Plaintiff leave of court to file a Second Amended Complaint and to issue summonses within seven days of this Court's order.

HERMAN L. NITZ

By: s/Nicole A. Gross
One of His Attorneys

Dated:  July 15, 2008

E. Jason Tremblay (ARDC# 6273176)
Nicole A. Gross (ARDC # 6289631)
Arnstein & Lehr LLP
Attorney for Plaintiff
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8147803.1

2