IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERMAN L. NITZ | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0334 |
| | ) | |
| v. | ) | Honorable William J. Hibbler |
| | ) | |
| JAMES CRAIG, K. SHANKS, CITY OF WHEATON, IL, UNKNOWN GLEN ELLYN DETECTIVE "TONY", CITY OF GLEN ELLYN, IL, DEPUTY WEBSTER, and UNKNOWN DUPAGE COUNTY JAIL DENTIST, | ) ) ) ) ) ) ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Thomas L. Knight
Walsh, Knippen, Knight & Pollock, Chtd.
2150 Manchester Road, Suite 200
Wheaton, Illinois 60187

**PLEASE TAKE NOTICE** that on **July 29, 2008, at 9:30am**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable William J. Hibbler, or any judge sitting in his stead, in the courtroom usually occupied by him, in **Room 1225** of the United States District Court of the Northern District of Illinois, and will then and there present **Plaintiff's Motion for Leave to File Second Amended Complaint**, a copy of which has been electronically filed contemporaneous with this Notice.

Herman L. Nitz

By: Nicole A. Gross
One of His Attorneys

E. Jason Tremblay (ARDC# 6273176)
Nicole A. Gross (ARDC# 6289631)
Arnstein & Lehr LLP
Attorneys for Defendant
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100

## CERTIFICATE OF SERVICE

    Nicole A. Gross, an attorney, certifies that she served the foregoing Plaintiff's Motion for Leave to File Second Amended Complaint via U.S. mail to:

Thomas L. Knight
Walsh, Knippen, Knight & Pollock, Chtd.
2150 Manchester Road, Suite 200
Wheaton, Illinois 60187

before 5:00 p.m. from 120 South Riverside Plaza, Suite 1200, Chicago, Illinois 60606 on July 15, 2008.

                                                   /s/Nicole A.. Gross
                                                   Nicole A. Gross

8148020.1