## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 334 | **DATE** | 7/29/2008 |
| **CASE TITLE** | NITZ vs. DOE, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/11/08 at 9:30 a.m. Plaintiff's motion for leave to file Second Amended Complaint is granted. Summons to issue on new parties. Discovery schedule held in abeyance until the next court date.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | JHC |
|---|---|---|