```
TYPE SUM              SHERIFF'S OFFICE OF DUPAGE COUNTY, ILLINOIS        DEPUTY 522

DOCKET #: 32008-219-133756        CASE #: 08C334      -001      ORIGIN NUMBER: 999
DATE FILED 07/30/08  DATE RECEIVED 08/06/08  SUSPENDS 08/30/08  # OF WORKSHEETS: 001

DEFENDANT WESTER, MARY C/O JOHN E ZARUBA FOR OFFICER MARY WESTER

                  HOME ADDRESS                  WORK ADDRESS
                                           DPSO
                                           501 N COUNTY FARM RD
                                           WHEATON, IL                  OPERATOR ID
                                                                             537

PLAINTIFF NITZ, HERMAN L
  SERVICE
    INFO
```

********************************************************************************
(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.

___ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE
      DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT
      PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED TO
      THE DEFENDANT AT THE ABOVE ADDRESS. DATE_____ INITIALS_____

✓ 3 SERVICE ON: CORPORATION___ ✓ COMPANY___ BUSINESS___ PARTNERSHIP___
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED AGENT,
      AUTHORIZED PERSON, OR PARTNER OF THE DEFENDANT.

(B) JOHN E. ZARUBA, SHERIFF, BY: _Schuman #655_, DEPUTY

   1 SEX _M_ M/F   RACE _W_   AGE _40's_   HT ____   WT ____
   2 WRIT SERVED ON _WULFF, SCOTT_   RELATION _AGT_

   THIS _08_ DAY OF _AUG._, 08   TIME _8:50_ (AM)/PM

ADDITIONAL  _____
COMMENTS    _____
            _____

********************************************************************************
                    ATTEMPTED SERVICES:    DATE       TIME    AM/PM   DEPUTY#

THE NAMED DEFENDANT WAS NOT SERVED.
       REASON NOT SERVED:

___ 01 MOVED              ___ 06 NO SUCH ADDRESS
___ 02 NO CONTACT         ___ 07 EMPLOYER REFUSAL
___ 03 AVOIDING:          ___ 08 RETURNED BY ATTY
       SEE COMMENTS       ___ 09 DECEASED
___ 04 NOT LISTED         ___ 10 NO LONGER EMPLOYED
___ 05 WRONG ADDRESS      ___ 11 OTHER: SEE
                                 COMMENTS ABOVE

AMOUNT RECEIVED    38.00    CA