```
TYPE SUM                SHERIFF'S OFFICE OF DUPAGE COUNTY, ILLINOIS        DEPUTY 522

DOCKET #: 32008-219-133756         CASE #: 08C334    -001      ORIGIN NUMBER: 999
DATE FILED 07/30/08  DATE RECEIVED 08/06/08  SUSPENDS 08/30/08  # OF WORKSHEETS: 001

DEFENDANT WESTER, MARY C/O JOHN E ZARUBA FOR OFFICER MARY WESTER

                HOME ADDRESS                     WORK ADDRESS
                                             DPSO
                                             501 N COUNTY FARM RD           OPERATOR ID
                                             WHEATON, IL                         537


PLAINTIFF NITZ, HERMAN L
  SERVICE
    INFO
```

****************************************************************************

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

____ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

____ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT THE ABOVE ADDRESS. DATE_____ INITIALS_____

✓ 3 SERVICE ON: CORPORATION____ ✓ COMPANY____ BUSINESS____ PARTNERSHIP____
    BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED AGENT, AUTHORIZED PERSON, OR PARTNER OF THE DEFENDANT.

(B) JOHN E. ZARUBA, SHERIFF, BY: _Schuman #655_, DEPUTY

    1 SEX _M_ M/F   RACE _W_   AGE _40's_   HT____   WT____
    2 WRIT SERVED ON _WULFF, SCOTT_   RELATION _AGT_

    THIS _08_ DAY OF _AUG._, 08   TIME _8:50_ (AM)/PM

ADDITIONAL
COMMENTS   _____

****************************************************************************
                    ATTEMPTED SERVICES:       DATE        TIME    AM/PM   DEPUTY#

THE NAMED DEFENDANT WAS NOT SERVED.
        REASON NOT SERVED:

____ 01 MOVED              ____ 06 NO SUCH ADDRESS
____ 02 NO CONTACT         ____ 07 EMPLOYER REFUSAL
____ 03 AVOIDING:          ____ 08 RETURNED BY ATTY
        SEE COMMENTS       ____ 09 DECEASED
____ 04 NOT LISTED         ____ 10 NO LONGER EMPLOYED
____ 05 WRONG ADDRESS      ____ 11 OTHER; SEE
                                    COMMENTS ABOVE

AMOUNT RECEIVED    38.00    CA