IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERMAN L. NITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.  08 C 0334 |
| | ) | |
| JAMES CRAIG, K. SHANKS, CITY OF | ) | Hon. William J. Hibbler |
| WHEATON, IL, UNKNOWN GLEN ELLYN | ) | |
| POLICE DETECTIVE "TONY", DEPUTY | ) | Jury Demand |
| WESTER and UNKNOWN DUPAGE | ) | |
| COUNTY JAIL DENTIST, | ) | |
| | ) | |
| Defendants. | ) | |

### ANSWER TO SECOND AMENDED COMPLAINT

Defendants City of Wheaton, James Craig and K. Shanks, by their attorneys Walsh,
Knippen, Knight & Pollock, Chtd., submit the following answer to the Plaintiff's Second
Amended Complaint.

### Jurisdiction

1.  Defendants admit the allegations of paragraph 1 of the Second Amended Complaint.

### Venue

2.  Defendants admit the allegations of paragraph 2 of the Second Amended Complaint.

### Parties

3.  Defendants admit the allegations of paragraph 3 of the Second Amended Complaint.

4.  Defendants admit the allegations of paragraph 4 of the Second Amended Complaint.

5.  Defendants admit the allegations of paragraph 5 of the Second Amended Complaint.

6.  Defendants admit the allegations of paragraph 6 of the Second Amended Complaint.

7.  Defendants admit the allegations of paragraph 7 of the Second Amended Complaint.

8.  Defendants admit the allegations of paragraph 8 of the Second Amended Complaint.

9.  Defendants admit the allegations of paragraph 9 of the Second Amended Complaint.

### Factual Allegations

10. Defendants admit the allegations of paragraph 10 of the Second Amended Complaint.

11. Defendants deny the allegations of paragraph 11 of the Second Amended Complaint.

12. Defendants deny the allegations of paragraph 12 of the Second Amended Complaint.

13. Defendants deny the allegations of paragraph 13 of the Second Amended Complaint.

14. Defendants admit that the two males chasing the Plaintiff were police officers for the City of Wheaton, but deny the remainder of the allegations of paragraph 14 of the Second Amended Complaint.

15. Defendants deny the allegations of paragraph 15 of the Second Amended Complaint.

16. Defendants deny the allegations of paragraph 16 of the Second Amended Complaint.

17. Defendants deny the allegations of paragraph 17 of the Second Amended Complaint.

18. Defendants deny the allegations of paragraph 18 of the Second Amended Complaint.

19. Defendants deny the allegations of paragraph 19 of the Second Amended Complaint.

20. Defendants deny the allegations of paragraph 20 of the Second Amended Complaint.

21. Defendants deny the allegations of paragraph 21 of the Second Amended Complaint.

22. Defendants deny the allegations of paragraph 22 of the Second Amended Complaint.

23. Defendants admit the allegations of paragraph 23 of the Second Amended Complaint.

24. Defendants deny the allegations of paragraph 24 of the Second Amended Complaint.

25. Defendants deny that the Plaintiff had any injuries, and are without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations of paragraph 25 of the Second Amended Complaint.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the Second Amended Complaint.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 of the Second Amended Complaint.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 of the Second Amended Complaint.

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29 of the Second Amended Complaint.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30 of the Second Amended Complaint.

31. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 of the Second Amended Complaint.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 of the Second Amended Complaint.

33. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 of the Second Amended Complaint.

34. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34 of the Second Amended Complaint.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 of the Second Amended Complaint.

36. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36 of the Second Amended Complaint.

37. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37 of the Second Amended Complaint.

38. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38 of the Second Amended Complaint.

39. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39 of the Second Amended Complaint.

40. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40 of the Second Amended Complaint.

**COUNT I**

41. In response to Paragraph 41 of the Second Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-40 of this Answer.

42. Defendants admit the allegations of paragraph 42 of the Second Amended Complaint.

43. Defendants deny the allegations of paragraph 43 of the Second Amended Complaint.

44. Defendants deny the allegations of paragraph 44 of the Second Amended Complaint.

45. Defendants deny the allegations of paragraph 45 of the Second Amended Complaint.

46. Defendants deny the allegations of paragraph 46 of the Second Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count I of the Second Amended Complaint and for costs.

## COUNT II

47.  In response to paragraph 47 of the Second Amended Complaint, Defendants re-
allege, and incorporate by reference into this paragraph, paragraphs 1-46 of this
Answer.

48. Defendants deny the allegations of paragraph 48 of the Second Amended Complaint.

49. Defendants deny the allegations of paragraph 49 of the Second Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the
Defendants and against the Plaintiff on this Count II of the Second Amended Complaint and for
costs.

## COUNT III

50.  In response to paragraph 50 of the Second Amended Complaint, Defendants re-
allege, and incorporate by reference into this paragraph, paragraphs 1-49 of this
Answer.

51. Paragraph 51 of the Second Amended Complaint sets forth a proposition of law
which requires no response.  To the extent that any facts are alleged, they are denied.

52. Defendants deny the allegations of paragraph 52 of the Second Amended Complaint.

53. Defendants deny the allegations of paragraph 53 of the Second Amended Complaint.

54. Defendants deny the allegations of paragraph 54 of the Second Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the
Defendants and against the Plaintiff on this Count III of the Second Amended Complaint and for
costs.

**COUNT IV**

55. In response to paragraph 55 of the Second Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-54 of this Answer.

56. Defendants admit the allegations of paragraph 56 of the Second Amended Complaint.

57. Defendants deny the allegations of paragraph 57 of the Second Amended Complaint.

58. Defendants deny the allegations of paragraph 58 of the Second Amended Complaint.

59. Defendants deny the allegations of paragraph 59 of the Second Amended Complaint.

60. Defendants deny the allegations of paragraph 60 of the Second Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count IV of the Second Amended Complaint and for costs.

**COUNT V**

61. In response to paragraph 61 of the Second Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-60 of this Answer.

62. Defendants deny the allegations of paragraph 62 of the Second Amended Complaint.

63. Defendants deny the allegations of paragraph 63 of the Second Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count V of the Second Amended Complaint and for costs.

**COUNT VI**

64. In response to paragraph 64 of the Second Amended Complaint, Defendants re-allege, and incorporate by reference into this paragraph, paragraphs 1-63 of this Answer.

65. Paragraph 65 of the Second Amended Complaint sets forth a proposition of law which requires no response.  To the extent that any facts are alleged, they are denied.

66. Defendants deny the allegations of paragraph 66 of the Second Amended Complaint.

67. Defendants deny the allegations of paragraph 67 of the Second Amended Complaint.

68. Defendants deny the allegations of paragraph 68 of the Second Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court enter judgment for the Defendants and against the Plaintiff on this Count VI of the Second Amended Complaint and for costs.

## COUNTS VII, VIII, AND IX

Counts VII, VIII and IX of the Second Amended Complaint seek no relief against any of these Defendants and make no allegations of conduct by them.  Therefore, may it please the Court, they make no answer to the paragraphs of the Second Amended Complaint contained in those Counts.

## AFFIRMATIVE DEFENSES

### I.    Qualified Immunity

The Defendants hereby assert the affirmative defense of qualified immunity for the conduct of the police officers in apprehending and arresting the Plaintiff in this case which conduct did not violate clearly established statutory or constitutional rights of the Plaintiff of which a reasonable person would not have known.

### II.    Municipal Immunity from Punitive Damages

The Defendant City of Wheaton hereby asserts the affirmative defense of immunity from

punitive damages for claims made by the Plaintiff in the Second Amended Complaint.

Respectfully submitted,

JAMES CRAIG, K. SHANKS, CITY OF
WHEATON, Defendants


By:    s/ Thomas L. Knight
Thomas L. Knight
One of Their Attorneys


ARDC No. 1491393
Thomas L. Knight
WALSH, KNIPPEN, KNIGHT & POLLOCK, CHTD.
2150 Manchester Road, Suite 200
Wheaton, Illinois  60187
630/462-1980

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 735 ILCS 5/1-109 that a copy of the foregoing instrument was served upon the following attorney(s) of record of all parties to the above cause by facsimile transmission to the above on August 19, 2008:

E. Jason Tremblay
Nicole A. Gross
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois  60606


s/ Thomas L. Knight